# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

FILED IN OPEN COURT
ON ___7 7 2010___
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JOSEPH MCCOY POWELL | ) Case No: | 2:93-CR-4-1BO |
| | ) USM No: | 14322-056 |
| Date of Previous Judgment:   September 29, 1993 | ) | |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney | Robert L. Cooper |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of the _____ defendant _____ under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and the court having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.    ☒ GRANTED    and the defendant's previously imposed sentence of imprisonment (as reflected

in the last judgment issued) of _365_ months **is reduced to** 293 months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| Previous Offense Level: | 36 | | Amended Offense Level: | 34 | |
|---|---|---|---|---|---|
| Criminal History Category: | V | | Criminal History Category: | V | |
| Previous Guideline Range: | 292 to 365 months | | Amended Guideline Range: | 235 to 293 months | |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain) :

### III. ADDITIONAL COMMENTS

The sentence of 60 months consecutive in Count 2, and 120 months concurrent in Count 3 remains unchanged.

Except as provided above, all provisions of the judgment dated September 29,1993, _____

shall remain in effect.

**IT IS SO ORDERED.**

Order Date: _7-7-10_

_____
Judge's signature

Effective Date: _____
(if different from order date)

Terrence W. Boyle, United States District Judge
Printed name and title